UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IVY COOK | CIVIL ACTION |
| VERSUS | NO: 24-2048 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: "H" (4) |

### AMENDED ORDER

The Court, having considered the Complaint, the record, including Plaintiff's medical records, the applicable law, the Magistrate Judge's Report and Recommendation, and the party's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the Administrative Law Judge's decision is **AFFIRMED,** as it is based on substantial evidence, pursuant to Title 42 U.S.C. § 405(g).

New Orleans, Louisiana, this 10th day of July, 2025.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE